# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PERDIDO SUN CONDOMINIUM
ASSOCIATION, INC.,

    VS                                        CASE NO.  3:06cv318/MCR/MD

NATIONWIDE MUTUAL INSURANCE
COMPANY, ET AL

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   September 22, 2006
Type of Motion/Pleading: MOTION TO QUASH JURY DEMAND AND MEMORANDUM IN SUPPORT
Filed by: DEFENDANT NATIONWIDE   on 9/8/06       Document   16 & 17
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
PLAINTIFF                              on 9/21/06      Doc.# 24
                                       on              Doc.#
WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
Deputy Clerk: Teresa Cole

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 22nd day of September, 2006, that:

    The requested relief is GRANTED.

*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.